IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF GEORGIA
DUBLIN DIVISION

| | |
|---|---|
| DUSTIN SMITH, | \* |
| Plaintiff, | \* |
| v. | \* CV 320-047 |
| GC SERVICES LIMITED PARTNERSHIP; CAPITAL MANAGEMENT SERVICES, LP; and UNITED COLLECTION BUREAU, INC., | \* |
| Defendants. | \* |

O R D E R

Before the Court are three stipulations of dismissal. (Doc. Nos. 33-35.) All Parties agree to dismissal with prejudice; therefore, dismissal is proper under Federal Rule of Civil Procedure 41(a)(1)(A)(ii). **IT IS THEREFORE ORDERED** that Plaintiff's claims are **DISMISSED WITH PREJUDICE**. The Clerk is directed to close this case. Each party shall bear its own costs and attorney's fees.

**ORDER ENTERED** at Augusta, Georgia, this ___ day of Feb., 2021.

_____
UNITED STATES DISTRICT JUDGE